*Sewall Key* for the United States.

No. 987. PACIFIC STEAMSHIP LINES, LTD. *v.* MACK. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Keith R. Ferguson* for petitioner. No appearance for respondent.

No. 994. MACKEY *v.* LITTLE ROCK ET AL. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Sam T. Poe* and *Tom Poe* for petitioner. *Messrs. Horace Chamberlin* and *George B. Rose* for respondents.

No. 995. LIVERMORE *v.* MILLER, COLLECTOR OF INTERNAL REVENUE. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joseph D. Farish* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for respondent.

No. 1002. PILLSBURY FLOUR MILLS Co. *v.* UNITED STATES. May 31, 1938. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Clark Hempstead* for petitioner. *Solicitor General Jackson,* and *Messrs. Charles D. Lawrence* and *John R. Benny* for the United States.